UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

STEVEN ROTH BARNETT                    CASE NO. 20-10647
ANDREA PAULETTE HEARD BARNETT          JUDGE BENJAMIN A. KAHN
3828 BANBRIDGE DRIVE
HIGH POINT, NC  27260

      DEBTORS

SSN(1) XXX-XX-5123       SSN(2) XXX-XX-7380       DATE:  03/16/2021

---

REPORT OF FILED CLAIMS

---

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $4,326.72<br>INT:  .00%<br>NAME ID: 170495<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT:  1004<br>COMMENT: |
| BROADSTONE VILLAGE HOA<br>% ASSOCIATION MANAGEMENT GROUP<br>P O BOX 10265<br>GREENSBORO, NC  27404 | $0.00<br>INT:  .00%<br>NAME ID: 129912<br>CLAIM #: 0005 | (U) UNSECURED<br>DIRECT PAY<br>ACCT:  9560<br>COMMENT:  ASDU,DIR |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $2,607.77<br>INT:  .00%<br>NAME ID: 181492<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT:  4598<br>COMMENT: |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $104.35<br>INT:  .00%<br>NAME ID: 181492<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT:  2742<br>COMMENT: |
| CAPITAL ONE NA<br>BY AMERICAN INFORSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272-1083 | $1,388.34<br>INT:  .00%<br>NAME ID: 180320<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT:  5650<br>COMMENT: |
| CARMAX AUTO FINANCE<br>DBA CARMAX BUSINESS SERVICES<br>225 CHASTAIN MEADOWS COURT<br>KENNESAW, GA  30144 | $5,119.15<br>INT:  5.25%<br>NAME ID: 173338<br>CLAIM #: 0006 | (V) VEHICLE-SECURED<br><br>ACCT:  0003<br>COMMENT:  15FIAT |
| CONE HEALTH SYSTEM<br>PATIENT ACCOUNTING<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID: 177279<br>CLAIM #: 0030 | (U) UNSECURED<br>NOT FILED<br>ACCT:  1928<br>COMMENT: |
| FORD MOTOR CREDIT COMPANY LLC<br>DEPT 55953<br>P O BOX 55000<br>DETROIT, MI  48255-0953 | MONTHLY PMT  $626.62<br>INT:  .00%<br>NAME ID: 58390<br>CLAIM #: 0007 | (Y) VEHICLE-ONGOING<br><br>ACCT:  6074<br>COMMENT:  19LINC,CTD EFF W-NOV20 |

PAGE 2 - CHAPTER 13 CASE NO. 20-10647

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FORD MOTOR CREDIT COMPANY LLC<br>DEPT 55953<br>P O BOX 55000<br>DETROIT, MI 48255-0953 | $1,879.86<br>INT: .00%<br>NAME ID: 58390<br>CLAIM #: 0036 | (R) ARREARAGE-SECURED<br><br>ACCT: 6074<br>COMMENT: 19LINC,ARR THRU OCT20 |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC 27402 | $52.00<br>INT: .00%<br>NAME ID: 1159<br>CLAIM #: 0035 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX<br>P O BOX 3138<br>GREENSBORO, NC 27402 | $0.00<br>INT: .00%<br>NAME ID: 119336<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $0.00<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 5123<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $42,856.98<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0008 | (U) UNSECURED<br><br>ACCT: 5123<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE 19850 | $17,660.43<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0019 | (U) UNSECURED<br><br>ACCT: 9192<br>COMMENT: |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE 19850 | $471.98<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0029 | (U) UNSECURED<br><br>ACCT: 8466<br>COMMENT: |
| LENDING CLUB CORP<br>DEPT 34268<br>P O BOX 39000<br>SAN FRANCISCO, CA 94139 | $14,228.59<br>INT: .00%<br>NAME ID: 131946<br>CLAIM #: 0031 | (U) UNSECURED<br><br>ACCT: 7651<br>COMMENT: |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC 29603-0587 | $18,292.19<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 6917<br>COMMENT: |
| MASON<br>% CREDITORS BANKRUPTCY SERVICE<br>P O BOX 800849<br>DALLAS, TX 75380 | $215.62<br>INT: .00%<br>NAME ID: 150268<br>CLAIM #: 0032 | (U) UNSECURED<br><br>ACCT: 102E<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC 27602-1168 | $5,846.13<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br><br>ACCT: 5123<br>COMMENT: OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC 27602-1168 | $500.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 5123<br>COMMENT: |

PAGE 3  -  CHAPTER 13 CASE NO. 20-10647

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $4,039.13<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 7937<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $11,934.37<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 7562<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $7,848.48<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 8535<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $4,067.15<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 0320<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $1,902.84<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0020 | (U) UNSECURED<br><br>ACCT: 9843<br>COMMENT: PAYPAL |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $1,289.25<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0021 | (U) UNSECURED<br><br>ACCT: 6544<br>COMMENT: ROOMS TO GO |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $3,454.26<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0022 | (U) UNSECURED<br><br>ACCT: 6179<br>COMMENT: 1120A |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $2,137.46<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0023 | (U) UNSECURED<br><br>ACCT: 8318<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $290.32<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0025 | (U) UNSECURED<br><br>ACCT: 7371<br>COMMENT: AMAZON |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $252.41<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0026 | (U) UNSECURED<br><br>ACCT: 8429<br>COMMENT: OLD NAVY |
| QUICKEN LOANS LLC<br>BANKRUPTCY TEAM<br>635 WOODWARD AVE<br>DETROIT, MI  48226-4822 | $0.00<br>INT: .00%<br>NAME ID: 182772<br>CLAIM #: 0004 | (S) SECURED<br>DIRECT PAY<br>ACCT: 5987<br>COMMENT: DT RP,DIR |
| QUICKEN LOANS LLC<br>BANKRUPTCY TEAM<br>635 WOODWARD AVE<br>DETROIT, MI  48226-4822 | $0.00<br>INT: .00%<br>NAME ID: 182772<br>CLAIM #: 0034 | (S) SECURED<br>DIRECT PAY<br>ACCT: 5987<br>COMMENT: ARR,DIR |

PAGE 4  -  CHAPTER 13 CASE NO. 20-10647

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SYNCHRONY BANK | $0.00 | (U) UNSECURED |
| ATTN BANKRUPTCY DEPT | INT:  .00% | NOT FILED |
| P O BOX 965060 | NAME ID: 171620 | ACCT:  9060 |
| ORLANDO, FL  32896-5060 | CLAIM #:  0024 | COMMENT: |
| WELLS FARGO BANK NA | $6,471.67 | (U) UNSECURED |
| % WELLS FARGO CARD SERVICES | INT:  .00% | |
| P O BOX 9210 | NAME ID: 43374 | ACCT:  7661 |
| DES MOINES, IA  50306 | CLAIM #:  0027 | COMMENT: |
| WELLS FARGO BANK NA | $15,230.97 | (U) UNSECURED |
| % WELLS FARGO CARD SERVICES | INT:  .00% | |
| P O BOX 9210 | NAME ID: 43374 | ACCT:  0282 |
| DES MOINES, IA  50306 | CLAIM #:  0028 | COMMENT: |
| **TOTAL:** | **$175,095.04** | |
| STAN H DICK ESQ | $4,500.00 | ATTORNEY FEE |
| AUSTIN & DICK PLLC | | |
| 1403 EASTCHESTER DR #101 | | |
| HIGH POINT, NC  27265 | | |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

PAGE 5  -  CHAPTER 13 CASE NO. 20-10647

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  03/16/2021                                          OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtors
    Attorney for Debtors - Electronic Notice